AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   21-mc-887
1) Samsung cellular phone, color-black, IMEI: 351767111373790; )
2) Motorola cellular phone, color-black, IMEI: 359113100584182; )
3) Samsung cellular phone, color-black IMEI: 352436110907854; )
4) Apple iPhone, color-black, IMEI: 356871112928456. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Louisiana
*(identify the person or describe the property to be searched and give its location)*:

1) Samsung cellular phone, color-black, IMEI: 351767111373790; 2) Motorola cellular phone, color-black, IMEI: 359113100584182; 3) Samsung cellular phone, color-black IMEI: 352436110907854; 4) Apple iPhone, color-black, IMEI: 356871112928456.; located at FBI evidence control facility, 2901 Leon C. Simon, New Orleans, LA

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   May 17, 2021   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Duty Magistrate   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   5/4/21   3:30 p.m.

*Judge's signature*

City and state:   New Orleans, Louisiana           KAREN WELLS ROBY, U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-mc-887 | Date and time warrant executed: 5/12/21 2pm | Copy of warrant and inventory left with: FBI NO |
| Inventory made in the presence of: SA Matthew Strickland | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1. 1 (One) Blu-ray containing contents of Apple iPhone, IMEI: 356 87 111 292 8456.

2. 1 (One) Blu-ray containing contents of Samsung, IMEI: 351767111 373 790.

3. 1 (One) blu ray containing contents of Motorola, IMEI: 359 113 100 584 182.

4. 1 (One) DVD containing contents of Samsung, IMEI: 352 436 110 907 854.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/12/21

Sworn to before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3), on this 18th day of May, 2021.

*Donna Phillips Currault*
United States Magistrate Judge

*Executing officer's signature*

Matthew Strickland, FBI SA
*Printed name and title*